**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE OF ORDER ON MOTION

Cause number:          01-12-01119-CR

Style:                 Jessica Tata

                       **v** The State of Texas

Date motion filed*:    June 10, 2013

Type of motion:        Motion for Extension of Time for Filings Appellant's Brief

Party filing motion:   Appellant

Document to be filed:  Appellant's Brief

If motion to extend time:

          Deadline to file document:          June 24, 2013

          Number of previous extensions granted:   1–60 days

          Length of extension sought:          60 days

Ordered that motion is:

   ☑      Granted
          If document is to be filed, document due:  August 23, 2013

          ☐   The Clerk is instructed to file the document as of the date of this order
          ☑   The Court will not grant additional motions to extend time

   ☐      Denied

   ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/ Evelyn V. Keyes
          ☑ Acting individually      ☐ Acting for the Court

          Panel consists of _____.

Date:  June 11, 2013